JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WILLIAM MARSHALL, an individual and borrower; KATHRYN DONNER MARSHALL, an individual and borrower,<br><br>Plaintiffs,<br><br>v.<br><br>SUMMIT MANAGEMENT COMPANY, LLC, a business entity; VERICREST FINANCIAL, INC., a business entity; U.S. BANK TRUST, N.A., a business entity; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. CV13-3356 ABC (PLAx)<br><br>[~~PROPOSED~~] JUDGMENT |

Upon the Stipulation of Plaintiffs THOMAS WILLIAM MARSHALL and KATHRYN DONNER MARSHALL ("Plaintiffs") and Defendants SUMMIT MANAGEMENT COMPANY, LLC, VERICREST FINANCIAL, INC., n/k/a Caliber Home Loans, Inc., and U.S. BANK TRUST NATIONAL ASSOCIATION, as trustee of the Vericrest Opportunity Loan Trust 2011-NPL2 (collectively, "Defendants"), and following this Court's November 20, 2013 Order granting Defendants' Motion to Dismiss and denying Plaintiffs' Motion to Amend, the Court hereby enters judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint in this matter is dismissed in its entirety **with prejudice** and Judgment is entered in favor of Defendants and against Plaintiffs.  Each party to bear its own costs.

**IT IS  SO ORDERED**.

Dated:  December 2,  2013        By:_____
                                      United States District Judge